UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMBAC ASSURANCE CORPORATION,

    Plaintiff

    -v-                                                     No.   17-CV-3804-LTS

THE BANK OF NEW YORK MELLON,

    Defendant

-------------------------------------------------------x

## ORDER

Plaintiff has filed a motion (docket entry no. 27) requesting that the Court (1) lift the stay of proceedings that was previously entered on June 19, 2017 (docket entry no. 12); and (2) grant Plaintiff leave to file a Second Amended Complaint.  Defendant does not oppose the motion to lift the stay, and does not take a position on the motion for leave to amend.  For substantially the reasons stated in Plaintiff's moving brief and declaration (docket entry nos. 28 and 29), both of Plaintiff's requests are granted.  The stay is lifted.  Plaintiff's Second Amended Complaint shall be filed by July 11, 2022.  Defendant shall respond to the Second Amended Complaint in accordance with the applicable Federal Rules of Civil Procedure, SDNY Local Civil Rules, and this Court's Individual Rules.  Docket entry no. 27 is resolved.

    SO ORDERED.

Dated: New York, New York
        July 6, 2022

                                              /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge